| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF COLUMBIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **The Avenue DC, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  The Avenue** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-5465041** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**5540 Connecticut Avenue, NW**<br>**Washington, DC 20015**<br>Number, Street, City, State & ZIP Code<br><br>**District of Columb**<br>County | **Mailing address, if different from principal place of business**<br><br>**3205 McKinley Street, NW**<br>**Washington, DC 20015**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://theavenuedc.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **The Avenue DC, LLC**_____   Case number (*if known*)_____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** *that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **The Avenue DC, LLC**     Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   **The Avenue DC, LLC**_____   Case number (*if known*)_____
     <sub>Name</sub>

        ☐ $50,001 - $100,000       ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
        ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
        ■ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **The Avenue DC, LLC**                                    Case number (*if known*)
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 17, 2023**
                 MM / DD / YYYY

**X** **/s/ Timothy Walsh**                                        **Timothy Walsh**
Signature of authorized representative of debtor         Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Craig M. Palik (cpalik@mhlawyers.com)**               Date    **November 17, 2023**
Signature of attorney for debtor                                    MM / DD / YYYY

**Craig M. Palik (cpalik@mhlawyers.com)**
Printed name

**McNamee Hosea, P.A.**
Firm name

**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone    **(301) 441-2420**          Email address    **cpalik@mhlawyers.com**

**15254 DC**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5

Fill in this information to identify the case:

Debtor name: **The Avenue DC, LLC**
United States Bankruptcy Court for the: **DISTRICT OF COLUMBIA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Office of Tax and Revenue** 1101 4th Street, SW Washington, DC 20024 | | **Sales and Use Tax** | | | | **$438,883.55** |
| **United States Small Business Administrat c/o CSC** 801 Adlai Stevenson Drive Springfield, IL 62703 | | | | $150,000.00 | $0.00 | $150,000.00 |
| **Biz2Credit** 1 Penn Plaza, 31st Floor New York, NY 10119 | | **Business debt** | | | | **$115,000.00** |
| **Internal Revenue Service Centralized Insolvency Operation** P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | | **$50,000.00** |
| **Alice Wu** 5540 Connecticut Avenue, NW Washington, DC 20015 | | **Business debt** | | | | **$28,000.00** |
| **PEPCO Legal Services** 701 Ninth Street, NW Suite 1100 Washington, DC 20068 | | **Utility** | | | | **$16,000.00** |

Debtor **The Avenue DC, LLC**
_____Name_____

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AMTrust Audit** c/o Joseph, Mann & Creed 8948 Canyon Falls Blvd., #200 Twinsburg, OH 44087 | | Business debt | | | | $10,500.00 |
| **Chefs Warehouse** 7477 Candlewood Road Hanover, MD 21076 | | Business debt | | | | $9,000.00 |
| **Gordon Food** c/o Robert Walsh, Esq. PO Box 381 Foxboro, MA 02035 | | Business debt | | | | $7,500.00 |
| **Washingtonian Magazine** 1775 K Street, NW Suite 600 Washington, DC 20006 | | Business debt | | | | $7,000.00 |
| **Delta Produce** 5001 Forbes Blvd. Suite D Lanham, MD 20706 | | Business debt | | | | $6,500.00 |
| **Office of Tax and Revenue** 1101 4th Street, SW Washington, DC 20024 | | Unincorporated Business Franchise Tax | | | | $6,237.21 |
| **Tray Printing** PO Box 1360 Easton, MD 21601 | | Business debt | | | | $4,000.00 |
| **DC Water & Sewer Authority** P.O. Box 97200 Washington, DC 20090 | | Utility | | | | $4,000.00 |
| **Performance Food Service** 12500 West Creek Parkway Henrico, VA 23238 | | Business debt | | | | $4,000.00 |
| **Audacy** c/o Szabo Associates, Inc. 3355 Lenox Road N.E., Suite 945 Atlanta, GA 30326 | | Business debt | | | | $3,700.00 |

Debtor **The Avenue DC, LLC**　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **KMG Hauling** **PO Box 650821** **Sterling, VA 20165** | | **Business debt** | | | | $2,720.00 |
| **Direct TV** **PO Box 9002** **South Windsor, CT 06074** | | **Business debt** | | | | $2,500.00 |
| **Washington Gas** **6801 Industrial Road** **Springfield, VA 22151** | | **Utility** | | | | $2,500.00 |
| **Roberts Oxygen** **15830 Redland Road** **Derwood, MD 20855** | | **Business debt** | | | | $2,000.00 |

```
Alcides Fuentes
4927 11th Street, NE
Washington, DC 20017


Alice Wu
5540 Connecticut Avenue, NW
Washington, DC 20015


AMTrust Audit
c/o Joseph, Mann & Creed
8948 Canyon Falls Blvd., #200
Twinsburg, OH 44087


Ana Fuentes
4927 11th Street, NE
Washington, DC 20017


Ariella E. Rodriguez
3404 John Carroll Drive
Olney, MD 20832


ASCAP
250 West 57th Street
New York, NY 10107


Audacy
c/o Szabo Associates, Inc.
3355 Lenox Road N.E., Suite 945
Atlanta, GA 30326


Biz2Credit
1 Penn Plaza, 31st Floor
New York, NY 10119


Brian Lacey
9716 W Bexhill Drive
Kensington, MD 20895
```

Caitlin Crain
5605 Chevy Chase Parkway
Washington, DC 20015


Cathy Schechterly
9744 Battery Lane
Unit 117
Bethesda, MD 20814


Chefs Warehouse
7477 Candlewood Road
Hanover, MD 21076


Christopher Burkart
333 Lincoln Avenue
Rockville, MD 20850


Claire Quinn
3912 Military Road, NW
Washington, DC 20015


Corporation Service Company as Represent
801 Adlai Stevenson Drive
Springfield, IL 62703


DC Water & Sewer Authority
P.O. Box 97200
Washington, DC 20090


Delta Produce
5001 Forbes Blvd.
Suite D
Lanham, MD 20706


Diego Chaj Chiche
4321 8th Street, NW
Washington, DC 20011

Direct TV
PO Box 9002
South Windsor, CT 06074


Felix Ramos
12818 Epping Terrace
Silver Spring, MD 20906


Gordon Food
c/o Robert Walsh, Esq.
PO Box 381
Foxboro, MA 02035


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Javier Portillo Diaz
6904 20th Avenue
Hyattsville, MD 20783


Jonathan Lowe
101191 Frderick Avenue
Kensington, MD 20895


Joseph Lynch
2337 Starcrest Drive
Silver Spring, MD 20904


Juan Hernandez
216 Shepard Street
Washington, DC 20015


KMG Hauling
PO Box 650821
Sterling, VA 20165

Lola Hahn
11401 Big Pine Way
Potomac, MD 20854


Michael Urgo
15045 Joshua Tree Road
Gaithersburg, MD 20878


Office of Tax and Revenue
1101 4th Street, SW
Washington, DC 20024


PEPCO
Legal Services
701 Ninth Street, NW Suite 1100
Washington, DC 20068


Performance Food Service
12500 West Creek Parkway
Henrico, VA 23238


Reyes Tucux
1234 11th Street, NW
Washington, DC 20001


Roberts Oxygen
15830 Redland Road
Derwood, MD 20855


Rodolfo Tucux
4321 8th Street, NW
Washington, DC 20011


Sergio Alvarado-Lopez
805 Castlewood Drive
Upper Marlboro, MD 20774

Timothy Walsh
3205 McKinley Street, NW
Washington, DC 20015


Tray Printing
PO Box 1360
Easton, MD 21601


United States Small Business Administrat
c/o CSC
801 Adlai Stevenson Drive
Springfield, IL 62703


Washington Gas
6801 Industrial Road
Springfield, VA 22151


Washingtonian Magazine
1775 K Street, NW
Suite 600
Washington, DC 20006


William Cave
5450 30th Street, NW
Washington, DC 20015

**United States Bankruptcy Court**
**District of Columbia**

In re   **The Avenue DC, LLC**                                    Case No.
                                         Debtor(s)                Chapter   **11**

# LIST OF CREDITORS AND MAILING MATRIX

1.   The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's local Bankruptcy Rules, consists of __5__ pages and a total of __42__ entities listed.

2.   The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Date: **November 17, 2023**          **/s/ Timothy Walsh**
                                     **Timothy Walsh**/**Managing Member**
                                     Signer/Title